

**GOVERNMENT EXHIBIT A**

# USA v. TOMMY BRADLEY WELCH d/b/a TBW CATTLE
## Table of Violations for Failure to Pay When Due

**US Department of Agriculture**
Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division Eastern Regional Office
Schedule of Failure to Pay when due for Livestock

### Entity Information

| Entity | DBA | Mailing Address | Control Number |
|---|---|---|---|
| Welch, Tommy Bradley | TBW Cattle | P.O. Box 310 Sophia, NC 27350 | 304559 |

| Purchase Date | Seller's Name | Purchase Type | Number of Head | Livestock Amount | Invoice Adjustments | Gross Invoice Amount | Credit Agreement | Due Date | Check Date | Payment Instrument | Check Number | Check Amount | Date Check Received | Date Cleared Bank | Days Late per Date Received | Days Late per Check Date | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | Carolina Stockyards Co. | Live | 57 | $29,754.70 | $0.00 | $29,754.70 | No | 5/4/2020 | 5/4/2020 | Check | 3181 | $29,754.7 | 5/12/2020 | 5/12/2020 | 8 | 0 | A memorandum of interview from Jennifer Thomas is included. |
| 5/6/2020 | Stanly County Livestock Market | Live | 109 | $63,137.11 | $0.00 | $63,137.11 | No | 5/7/2020 | 5/7/2020 | Check | 3187 | $63,137.1 | 5/20/2020 | 5/22/2020 | 13 | 0 | A memorandum of interview from Robert Rhyne is included. |
| 5/7/2020 | Powell Livestock, Inc. | Live | 79 | $41,833.72 | $0.00 | $41,833.72 | No | 5/8/2020 | 5/7/2020 | Check | 3188 | $41,833.7 | 5/19/2020 | 5/20/2020 | 11 | -1 | A memorandum of interview from Hugh Powell, Jr. is included. |
| 5/8/2020 | Carolina Stockyards Co. | Live | 61 | $33,611.15 | $0.00 | $33,611.15 | No | 5/11/2020 | 5/11/2020 | Check | 3189 | $34,129.5 | 5/19/2020 | 5/19/2020 | 8 | 0 | |
| 5/13/2020 | Stanly County Livestock Market | Live | 55 | $35,048.66 | $150.0 | $35,198.66 | No | 5/14/2020 | 5/7/2020 | Check | 3190 | $35,198.6 | 5/22/2020 | 5/26/2020 | 8 | -7 | |
| 5/14/2020 | Powell Livestock, Inc. | Live | 32 | $20,039.08 | $0.00 | $20,039.08 | No | 5/15/2020 | 5/14/2020 | Check | 3191 | $20,039.0 | 5/29/2020 | 6/1/2020 | 14 | -1 | |
| 5/15/2020 | Carolina Stockyards Co. | Live | 27 | $16,491.10 | $0.00 | $16,491.10 | No | 5/18/2020 | 5/18/2020 | Check | 3192 | $16,491.1 | 5/25/2020 | 5/26/2020 | 7 | 0 | |
| 5/20/2020 | Stanly County Livestock Market | Live | 30 | $18,394.16 | $0.00 | $18,394.16 | No | 5/21/2020 | 5/21/2020 | Check | 3195 | $18,394.1 | 5/27/2020 | 5/29/2020 | 6 | 0 | |
| 5/21/2020 | Powell Livestock, Inc. | Live | 18 | $9,779.64 | $0.00 | $9,779.64 | No | 5/22/2020 | 5/22/2020 | Check | 3196 | $9,779.6 | 6/1/2020 | 6/2/2020 | 10 | 0 | |
| 5/22/2020 | Carolina Stockyards Co. | Live | 47 | $30,643.20 | $0.00 | $30,643.20 | No | 5/26/2020 | 5/25/2020 | Check | 3197 | $30,643.2 | 6/2/2020 | 6/2/2020 | 7 | -1 | |
| 5/27/2020 | Stanly County Livestock Market | Live | 93 | $56,023.50 | $0.00 | $56,023.50 | No | 5/28/2020 | 5/28/2020 | Check | 3205 | $56,023.5 | 6/10/2020 | 6/12/2020 | 13 | 0 | |
| 5/28/2020 | Powell Livestock, Inc. | Live | 44 | $28,559.22 | $0.00 | $28,559.22 | No | 5/29/2020 | 5/28/2020 | Check | 3206 | $28,559.2 | 6/8/2020 | 6/9/2020 | 10 | -1 | |
| 5/29/2020 | Carolina Stockyards Co. | Live | 69 | $42,330.50 | $0.00 | $42,330.50 | No | 6/1/2020 | 6/1/2020 | Check | 3207 | $42,330.5 | 6/9/2020 | 6/9/2020 | 8 | 0 | |
| 6/4/2020 | Powell Livestock, Inc. | Live | 65 | $39,728.32 | $0.00 | $39,728.32 | No | 6/5/2020 | 6/4/2020 | Check | 3210 | $39,728.3 | 6/16/2020 | 6/17/2020 | 11 | -1 | |
| 6/5/2020 | Carolina Stockyards Co. | Live | 46 | $26,565.85 | $0.00 | $26,565.85 | No | 6/8/2020 | 6/8/2020 | Check | 3211 | $26,565.8 | 6/16/2020 | 6/16/2020 | 8 | 0 | |
| 6/10/2020 | Stanly County Livestock Market | Live | 60 | $32,988.00 | $0.00 | $32,988.00 | No | 6/11/2020 | 6/11/2020 | Check | 3213 | $32,988.0 | 6/17/2020 | 6/22/2020 | 6 | 0 | |
| 6/11/2020 | Powell Livestock, Inc. | Live | 58 | $32,536.74 | $0.00 | $32,536.74 | No | 6/12/2020 | 6/11/2020 | Check | 3214 | $32,536.7 | 6/23/2020 | 6/24/2020 | 11 | -1 | |
| 6/12/2020 | Carolina Stockyards Co. | Live | 51 | $27,718.75 | $0.00 | $27,718.75 | No | 6/15/2020 | 6/15/2020 | Check | 3215 | $27,718.7 | 6/23/2020 | 6/23/2020 | 8 | 0 | |
| 6/17/2020 | Stanly County Livestock Market | Live | 66 | $34,754.06 | $0.00 | $34,754.06 | No | 6/18/2020 | 6/18/2020 | Check | 3229 | $34,754.0 | 7/8/2020 | 7/13/2020 | 20 | 0 | |
| 6/18/2020 | Powell Livestock, Inc. | Live | 24 | $12,495.18 | $0.00 | $12,495.18 | No | 6/19/2020 | 6/18/2020 | Check | 3230 | $12,495.1 | 6/29/2020 | 6/30/2020 | 10 | -1 | |
| 6/19/2020 | Carolina Stockyards Co. | Live | 16 | $8,347.25 | $0.00 | $8,347.25 | No | 6/22/2020 | 6/22/2020 | Check | 3231 | $8,347.2 | 6/30/2020 | 6/30/2020 | 8 | 0 | |
| 6/24/2020 | Stanly County Livestock Market | Live | 80 | $39,019.72 | $0.00 | $39,019.72 | No | 6/25/2020 | 7/9/2020 | Check | 3235 | $39,019.7 | 7/15/2020 | 7/17/2020 | 20 | 14 | |
| 6/25/2020 | Powell Livestock, Inc. | Live | 28 | $13,367.62 | $0.00 | $13,367.62 | No | 6/26/2020 | 7/9/2020 | Check | 3236 | $13,367.6 | 7/10/2020 | 7/13/2020 | 14 | 13 | |
| 6/26/2020 | Carolina Stockyards Co. | Live | 19 | $9,429.40 | $0.00 | $9,429.40 | No | 6/29/2020 | 7/9/2020 | Check | 3237 | $9,429.4 | 7/13/2020 | 7/13/2020 | 14 | 10 | |
| 7/8/2020 | Stanly County Livestock Market | Live | 73 | $35,133.89 | $0.00 | $35,133.89 | No | 7/9/2020 | 7/9/2020 | Check | 3239 | $35,133.8 | 7/15/2020 | 7/17/2020 | 6 | 0 | |
| 7/9/2020 | Powell Livestock, Inc. | Live | 43 | $20,376.48 | $0.00 | $20,376.48 | No | 7/10/2020 | 7/9/2020 | Check | 3240 | $20,376.4 | 7/21/2020 | 7/22/2020 | 11 | -1 | |
| 7/10/2020 | Carolina Stockyards Co. | Live | 8 | $3,358.65 | $0.00 | $3,358.65 | No | 7/13/2020 | 7/13/2020 | Check | 3241 | $3,358.6 | 7/17/2020 | 7/17/2020 | 4 | 0 | |
| 7/15/2020 | Stanly County Livestock Market | Live | 113 | $62,800.16 | $0.00 | $62,800.16 | No | 7/16/2020 | 7/13/2020 | Check | 3244 | $62,800.1 | 7/29/2020 | 7/31/2020 | 13 | -3 | |
| 7/16/2020 | Powell Livestock, Inc. | Live | 31 | $17,211.58 | $0.00 | $17,211.58 | No | 7/17/2020 | 7/13/2020 | Check | 3245 | $17,211.5 | 7/27/2020 | 7/28/2020 | 10 | -4 | |
| 7/17/2020 | Carolina Stockyards Co. | Live | 44 | $25,584.75 | $0.00 | $25,584.75 | No | 7/20/2020 | 7/13/2020 | Check | 3246 | $25,584.7 | 7/28/2020 | 7/28/2020 | 8 | -7 | |
| | | | TOTAL = | $867,062.14 | | $867,212.14 | | | | | | | | | | | |